DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT
*July Term 2014*

**EDWARD J. HOOVER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D14-1510

[October 29, 2014]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Usan, Judge; L.T. Case No. 12-11470 CF10A.

Carey Haughwout, Public Defender, and Patrick B. Burke, Assistant Public Defender, West Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

Edward Hoover appeals the circuit court's revocation of his probation and sentences in this *Anders*[1] appeal. We affirm the revocation of probation and resulting sentences, but remand for the circuit court to enter a written order of revocation of probation which specifies the conditions Hoover was found to have violated. *Sharpe v. State*, 88 So. 3d 363 (Fla. 4th DCA 2012); *A.T.J.F. v. State*, 78 So. 3d 57 (Fla. 4th DCA 2012).

*Affirmed, but remanded.*

GROSS, MAY and LEVINE, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing***

---

[1] *Anders v. California*, 386 U.S. 738 (1967).